# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL DENETELLI, )<br>for himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AT&T CORP., and )<br>AT&T COMMUNICATIONS - EAST, INC., )<br>)<br>Defendants. ) | Civil Action No. 8:07-cv-03228<br><br>AGREED ORDER |

Pursuant to the Joint Motion of Plaintiff Carl Denetelli, and Defendants AT&T Corp. and AT&T Communications - East, Inc. ("AT&T"), through counsel, to Extend the Time for AT&T to Move, Answer or Otherwise Respond to the Complaint, and the Court having considered the Joint Motion and being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The time limit for AT&T to move, answer or otherwise respond to the original Complaint shall be extended *sine die* while the parties attempt to finalize settlement of this case before the MDL transferee court, or in the event the tag-along request is denied, 30 days after the Judicial Panel on Multidistrict Litigation has entered its Order.

2. Plaintiff's time to effect proper service on AT&T shall be extended until 30 days after the Judicial Panel on Multidistrict Litigation has entered an order in connection with the tag-along request. B. Haven Walling, Jr. Esq. or Howard N. Feldman, Esq. will accept service in this action on behalf of AT&T.

**DATED October 5, 2007.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**