**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARL DENETELLI, for himself and all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:07CV3228** |
| vs. | ) ) ) | **ORDER TO SHOW CAUSE** |
| **AT&T CORP., et al.** | ) ) | |
| **Defendants.** | ) | |

     The records of the court show that on September 21, 2007, a letter (filing 4) was sent to Henry J. Price from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admission to practice in this court.

     The Office of the Clerk advises that, as of November 5, 2007, Mr. Price has not complied with the request set forth in the letter from the Office of the Clerk.

     **IT IS ORDERED** that, on or before November 20, 2007, Attorney Henry J. Price shall register for the System and register for admission to practice in this court or show cause by written affidavit why he cannot comply with the rules of the court.

     **DATED November 5, 2007.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett
United States Magistrate Judge**