FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 NOV 28 PM 2: 16

OFFICE OF THE CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2007

FILED
CLERK'S OFFICE

8:07cv3228

IN RE: AT&T CORP. FIBER OPTIC CABLE
INSTALLATION LITIGATION

MDL No. 1313

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-19)

On December 7, 1999, the Panel transferred five civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 33 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable David F. Hamilton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of December 7, 1999, and, with the consent of that court, assigned to the Honorable David F. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AT&T CORP. FIBER OPTIC CABLE
INSTALLATION LITIGATION                                    MDL No. 1313

## SCHEDULE CTO-19 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

DISTRICT OF COLUMBIA
  DC    1  07-1845        Mary C. Burley v. AT&T Corp., et al.

NORTH CAROLINA EASTERN
  NCE   4  07-166         Michael D. Bulow v. AT&T Corp., et al.

NEBRASKA
  NE    8  07-3228        Carl Denetelli v. AT&T Corp., et al.