

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 DEC 17 AM 1:09

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2007

FILED
CLERK'S OFFICE

8:07CV3228

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AT&T CORP. FIBER OPTIC CABLE
INSTALLATION LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-19)

MDL No. 1313

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
07 DEC 17 PM 1:16
OFFICE OF THE CLERK

SOUTHERN DISTRICT OF INDIANA
CERTIFIED A TRUE COPY
CLERK OR DEPUTY
LAURA A. BRIGGS, CLERK

On December 7, 1999, the Panel transferred five civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 33 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable David F. Hamilton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of December 7, 1999, and, with the consent of that court, assigned to the Honorable David F. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN RE: AT&T CORP. FIBER OPTIC CABLE
## INSTALLATION LITIGATION

MDL No. 1313

### SCHEDULE CTO-19 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

DISTRICT OF COLUMBIA
  DC    1   07-1845        Mary C. Burley v. AT&T Corp., et al.

NORTH CAROLINA EASTERN
  NCE   4   07-166         Michael D. Bulow v. AT&T Corp., et al.

NEBRASKA
  NE    8   07-3228        Carl Denetelli v. AT&T Corp., et al.

**IN RE: AT&T CORP. FIBER OPTIC CABLE**
**INSTALLATION LITIGATION**

MDL No. 1313

## INVOLVED COUNSEL LIST (CTO-19)

Nels J. Ackerson
ACKERSON KAUFFMAN FEX PC
1250 H. Street, NW
Suite 850
Washington, DC 20005

Andrew W. Cohen
KOONZ MCKENNEY LAW FIRM
2001 Pennsylvania Ave., NW
Suite 450
Washington, DC 20006

Johnathan H. Edgar
MCGUIRE WOODS LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202-4011

Howard N. Feldman
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006

Roger C. Johnson
KOONZ MCKENNEY LAW FIRM
2001 Pennsylvania Ave., NW
Suite 450
Washington, DC 20006

Daniel J. Millea
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415-1152

Stephen D. Mossman
MATTSON RICKETTS LAW FIRM
134 South 13th Street
Suite 1200
Lincoln, NE 68508-1901

Christopher A. Page
YOUNG MOORE & HENDERSON PA
P.O. Box 31627
Raleigh, NC 27622

Henry J. Price
PRICE WAICUKAUSKI & RILEY LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

Paul M. Shotkoski
FRASER STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102